No. 05–8752 (05A664). DUDLEY v. TEXAS. Ct. Crim. App. Tex. Application for stay of execution of sentence of death, presented to JUSTICE SCALIA, and by him referred to the Court, denied. Certiorari denied.

JANUARY 26, 2006

No. 05–8824 (05A679). BIEGHLER v. INDIANA. Sup. Ct. Ind. Application for stay of execution of sentence of death, presented to JUSTICE STEVENS, and by him referred to the Court, denied. Certiorari denied. JUSTICE STEVENS and JUSTICE GINSBURG would grant the application for stay of execution.

JANUARY 27, 2006

No. 05A684. DONAHUE, COMMISSIONER, INDIANA DEPARTMENT OF CORRECTIONS, ET AL. v. BIEGHLER. Application to vacate the stay of execution of sentence of death entered by the United States Court of Appeals for the Seventh Circuit on January 26, 2006, presented to JUSTICE STEVENS, and by him referred to the Court, granted. JUSTICE STEVENS, JUSTICE GINSBURG, and JUSTICE BREYER would deny the application to vacate the stay of execution.